**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SASHA KANSHAW, | : | |
| Plaintiff, | : | |
| | : | **Civil Action No. 18-11758 (JXN) (JBC)** |
| v. | : | |
| | : | |
| ELIZABETH DESANTIS, *et al.*, | : | **ORDER** |
| | : | |
| Defendants. | : | |

**NEALS**, District Judge:

Before this Court is the Report and Recommendation ("R&R") entered on June 30, 2022, by Magistrate Judge James B. Clark, III ("Judge Clark"), (ECF No. 61), recommending that Plaintiff's Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). This Court has reviewed the reasons set forth by Judge Clark in the R&R and notes that no objections were filed. Based on the foregoing, and for good cause shown,

**IT IS** on this 19th day of July, 2022,

**ORDERED** that Magistrate Judge Clark's June 30, 2022 R&R (ECF No. 61), is adopted as the conclusions of law of this Court and Plaintiff's Complaint is dismissed **WITHOUT PREJUDICE.**

                                                                                   s/ Julien Xavier Neals
                                                                                   **JULIEN XAVIER NEALS**
                                                                                   **United States District Judge**

Orig:  Clerk
cc:     Parties
        James B. Clark, III, U.S.M.J.